JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY RIVERA,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>FERNANDO GONZALES,<br>Warden,<br><br>　　　　　Respondent. | Case No.  CV 09-5767-JST (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 01.27.11

　　　　　　　　　　　　　　　　　　　　　　　/s/ Josephine Tucker
　　　　　　　　　　　　　　　　　　　　　　JOSEPHINE STATON TUCKER
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE